```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    Attorneys for Plaintiffs
 5
    CASWELL BELL & HILLISON
 6  DAVID A. ROBERTS, ESQ., #88723
    5200 N. Palm Avenue, #211
 7  Fresno, CA  93704
    Telephone:  (559) 225-6550
 8  Facsimile:  (559) 225-7912
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS PLUMBING & MECHANICAL, INC., a California Corporation, <br><br> Defendant. | Case No. 05 0600 SI <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER** <br><br> Date:  January 26, 2006 <br> Time:  2 P.M. <br> Place: Courtroom No. 10 |

Pursuant to this Court's order in the above-entitled action, the undersigned hereby certifies as follows:

A Stipulation for Entry of Judgment was filed in this case on May 17, 2005. The Court then administratively closed the case on

////

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER - No. 05 0600 SI          Page 1

May 20, 2005, but left the January 26, 2006 Case Management Conference on calendar.

The defendant has paid all installments due to date under the Stipulation for Entry of Judgment and has otherwise complied with the terms of the Stipulation. Unfortunately, the Madera High School job and the Indian Palace Casino job referenced in the Stipulation were not completed as originally anticipated. It is now anticipated that these jobs will be completed around the summer or fall of this year. Plaintiffs have therefore prepared the attached amortization schedule which provides for installments after the December 25, 2005 installment in the Stipulation. The anticipated retention on the Madera High School job, once released, should result in plaintiffs' being paid in full. Thus, the parties hope that the remaining debt owed to the plaintiffs under the Stipulation will be paid off by the end of 2006 unless the completion of the aforementioned jobs is delayed further.

Based on the foregoing, the parties request that the January 26, 2006 Case Management Conference be continued until sometime on or after September 2006.

Respectfully submitted,

Dated: January 12, 2006      McCARTHY, JOHNSON & MILLER
                             LAW CORPORATION

                             By: _____
                                 LORI A. NORD
                                 Attorneys for Plaintiffs

                             CASWELL BELL & HILLISON

Dated: January 11, 2006      By: _____
                                 DAVID A. ROBERTS
                                 Attorneys for Defendant

1    IT IS HEREBY ORDERED THAT the January 26, 2006 Case Management
2 Conference be taken off calendar and continued until
3 __1/12/_____, 2006.
4
5 Dated: January ____, 2006    By: _____

IT IS SO ORDERED
Judge Susan Illston

**\*\* Payment Schedule \*\***

| | |
|---|---|
| Original Balance: | $46,043.25 |
| Annual Interest Rate: | 12% |
| Monthly Payment: | $500.00 |
| Payment on Execution: | $0.00 |
| Date of Payment on Execution: | 12/25/2005 |
| Date of First Monthly Payment: | 1/25/2006 |
| Number of Days to First Payment | 30 |

| Payment No. | Payment Due Date | Total Payment | Applied to Interest | Applied to Principal | Remaining Balance |
|---|---|---|---|---|---|
| 1 | 1/25/2006 | $500.00 | $460.43 | $39.57 | $46,003.68 |
| 2 | 2/25/2006 | $500.00 | $460.04 | $39.96 | $45,963.72 |
| 3 | 3/25/2006 | $500.00 | $459.64 | $40.36 | $45,923.35 |
| 4 | 4/25/2006 | $500.00 | $459.23 | $40.77 | $45,882.59 |
| 5 | 5/25/2006 | $500.00 | $458.83 | $41.17 | $45,841.41 |
| 6 | 6/25/2006 | $500.00 | $458.41 | $41.59 | $45,799.83 |
| 7 | 7/25/2006 | $500.00 | $458.00 | $42.00 | $45,757.83 |
| 8 | 8/25/2006 | $500.00 | $457.58 | $42.42 | $45,715.40 |
| 9 | 9/25/2006 | $500.00 | $457.15 | $42.85 | $45,672.56 |
| 10 | 10/25/2006 | $500.00 | $456.73 | $43.27 | $45,629.28 |
| 11 | 11/25/2006 | $500.00 | $456.29 | $43.71 | $45,585.58 |
| 12 | 12/25/2006 | $500.00 | $455.86 | $44.14 | $45,541.43 |
| 13 | 1/25/2007 | $500.00 | $455.41 | $44.59 | $45,496.85 |
| 14 | 2/25/2007 | $500.00 | $454.97 | $45.03 | $45,451.82 |
| 15 | 3/25/2007 | $500.00 | $454.52 | $45.48 | $45,406.33 |
| 16 | 4/25/2007 | $500.00 | $454.06 | $45.94 | $45,360.40 |
| 17 | 5/25/2007 | $500.00 | $453.60 | $46.40 | $45,314.00 |
| 18 | 6/25/2007 | $500.00 | $453.14 | $46.86 | $45,267.14 |
| 19 | 7/25/2007 | $500.00 | $452.67 | $47.33 | $45,219.81 |
| 20 | 8/25/2007 | $500.00 | $452.20 | $47.80 | $45,172.01 |
| 21 | 9/25/2007 | $500.00 | $451.72 | $48.28 | $45,123.73 |
| 22 | 10/25/2007 | $500.00 | $451.24 | $48.76 | $45,074.97 |
| 23 | 11/25/2007 | $500.00 | $450.75 | $49.25 | $45,025.72 |
| 24 | 12/25/2007 | $500.00 | $450.26 | $49.74 | $44,975.97 |
| 25 | 1/25/2008 | $500.00 | $449.76 | $50.24 | $44,925.73 |
| 26 | 2/25/2008 | $500.00 | $449.26 | $50.74 | $44,874.99 |
| 27 | 3/25/2008 | $500.00 | $448.75 | $51.25 | $44,823.74 |
| 28 | 4/25/2008 | $500.00 | $448.24 | $51.76 | $44,771.98 |
| 29 | 5/25/2008 | $500.00 | $447.72 | $52.28 | $44,719.70 |
| 30 | 6/25/2008 | $500.00 | $447.20 | $52.80 | $44,666.90 |
| 31 | 7/25/2008 | $500.00 | $446.67 | $53.33 | $44,613.56 |
| 32 | 8/25/2008 | $500.00 | $446.14 | $53.86 | $44,559.70 |
| 33 | 9/25/2008 | $500.00 | $445.60 | $54.40 | $44,505.30 |
| 34 | 10/25/2008 | $500.00 | $445.05 | $54.95 | $44,450.35 |
| 35 | 11/25/2008 | $500.00 | $444.50 | $55.50 | $44,394.85 |
| 36 | 12/25/2008 | $500.00 | $443.95 | $56.05 | $44,338.80 |
| 37 | 1/25/2009 | $500.00 | $443.39 | $56.61 | $44,282.19 |
| 38 | 2/25/2009 | $500.00 | $442.82 | $57.18 | $44,225.01 |
| 39 | 3/25/2009 | $500.00 | $442.25 | $57.75 | $44,167.26 |
| 40 | 4/25/2009 | $500.00 | $441.67 | $58.33 | $44,108.93 |

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on January 12, 2006, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on January 12, 2006.

By: _Diane Nakamura_
DIANE NAKAMURA

David A. Roberts, Esq.
Caswell Bell & Hillison
5200 N. Palm Avenue, #211
Fresno, CA 93704