McCARTHY, JOHNSON & MILLER
　　LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:  lnord@mjmlaw.us
Attorneys for Plaintiffs

CASWELL BELL & HILLISON
DAVID A. ROBERTS, ESQ., #88723
5200 N. Palm Avenue, #211
Fresno, CA  93704
Telephone:  (559) 225-6550
Facsimile:  (559) 225-7912
E-mail:  droberts@caswellbell.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>HARRIS PLUMBING & MECHANICAL, INC., a California Corporation,<br><br>　　　　　　Defendant. | Case No. 05 0600 SI<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

　　It is hereby stipulated by and between the parties to the above-entitled action, acting through their counsel of record, that this lawsuit be dismissed with prejudice, pursuant to Rule 41(a)(1)

STIPULATION AND ORDER FOR DISMISSAL - No. 05 0600 SI　　　　　　　　　　　　　　　Page 1

1 (ii) of the Federal Rules of Civil Procedure. The parties shall
2 bear their own costs of suit and attorneys' fees.
3 Dated: February 8, 2007      McCARTHY, JOHNSON & MILLER
                                LAW CORPORATION
4
5
                                By: /s/ Lori Nord
6                                   LORI A. NORD
                                    Attorneys for Plaintiffs
7
                                CASWELL BELL & HILLISON
8
9
10 Dated: February 9, 2007    By: /s/ David A. Roberts
                                  DAVID A. ROBERTS
11                                Attorneys for Defendant
12
13      IT IS SO ORDERED.
14
15 Dated: _____   /s/ Susan Illston
                                     SUSAN ILLSTON, U.S. DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER FOR DISMISSAL - No. 05 0600 SI                    Page 2